JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. ALEXANDER,<br><br>    Plaintiff,<br><br>vs.<br><br>INCWAY CORPORATION, a Wyoming corporation, COMPANIES INCORPORATED, a Wyoming corporation, PRESIDENTIAL SERVICES INCORPORATED, a Nevada corporation, KEVIN W. WESSELL, an individual, CASEY LAWRENCE, an individual, MATT MITCHELL, an individual, and DOES 1 THROUGH 10,<br><br>    Defendants. | Case No. CV 11-08851 DSF (VBKx)<br><br>**JUDGMENT** |

This case came on regularly for trial on June 18 and June 19, 2013, before the Honorable Dale S. Fischer, United States District Judge, sitting without a jury, a jury having been duly waived. The Court having heard live testimony, viewed videotaped deposition testimony, and reviewed designated deposition testimony, and having duly considered the evidence, the credibility of the witnesses, the entire file of the Court, and the contentions and arguments of counsel, and having caused to be made and filed its written Findings of Fact and Conclusions of Law.

1    NOW THEREFORE IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Thomas E. Alexander recover from Defendants Kevin W. Wessell, Casey Lawrence, and Matt Mitchell, aka Paul Matthew Hesse, the sum of $524,785 for economic damages, along with pre-judgment interest on said sum at the rate of 7% per annum from January 16, 2009 to the date of entry of judgment herein, in the sum of $176,623.20, for a total sum of $701,408.20, arising out of his claims for intentional misrepresentation, concealment and negligent misrepresentation, along with post judgment interest thereon at the rate of 5.2% from and after the date of entry of this judgment.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff Thomas E. Alexander recover from Defendant Kevin W. Wessell the sum of $2,000,000 for punitive damages arising out of Plaintiff's claims for intentional misrepresentation and concealment.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1964(c), Plaintiff Thomas E. Alexander recover from Defendants Kevin W. Wessell, Casey Lawrence, and Matt Mitchell, his reasonable attorney's fees and costs incurred herein, to be determined on appropriate motion by Plaintiff, and submission of his Application to the Clerk to Tax Costs and Proposed Bill of Costs, said attorney's fees and costs to be part of the judgment herein.

DATED: 11/06/13

_____
Dale S. Fischer
United States District Judge