JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. ALEXANDER, | Case No. CV11-08851 DSF (VBKx) |
| Plaintiff, | **AMENDED JUDGMENT** |
| v. | |
| INCWAY CORPORATION, a Wyoming corporation, COMPANIES INCORPORATED, a Wyoming corporation, PRESIDENTIAL SERVICES INCORPORATED, a Nevada corporation, KEVIN W. WESSELL, an individual, CASEY LAWRENCE, an individual, MATT MITCHELL, an individual, and DOES 1 THROUGH 10, | |
| Defendants. | |

This case came on regularly for hearing on June 18 and June 19, 2013, before the Honorable Dale S. Fischer, United States District Judge, sitting without a jury, a jury having been duly waived. The Court heard live testimony, viewed videotaped deposition testimony, reviewed designated deposition testimony, and duly considered the evidence, the credibility of the witnesses, the entire file of the

Court, and the contentions and arguments of counsel, and filed its written Findings of Fact and Conclusions of Law.  On November 6, 2013, the Court entered judgment in favor of Plaintiff Thomas E. Alexander and against Defendants Kevin W. Wessell, Casey Lawrence, and Matt Mitchell, aka Paul Matthew Hesse. Thereafter, Defendants Kevin W. Wessell and Matt Mitchell appealed, and on March 21, 2016, the Ninth Circuit Court of Appeals reversed the punitive damages award against Defendant Kevin W. Wessell and remanded the case for recalculation of the punitive damages award.  On January 11, 2017, the Court issued its Order Following Remand.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Thomas E. Alexander recover from Defendants Kevin W. Wessell, Casey Lawrence, and Matt Mitchell the sum of $524,785 for economic damages, along with pre-judgment interest on said sum at the rate of 7% per annum from January 16, 2009 to the date of entry of judgment on November 6, 2013 in the sum of $176,623.20, for a total sum of $701,408.20, arising out of Plaintiff's claims for intentional misrepresentation, concealment and negligent misrepresentation, along with post judgment interest thereon at the rate of 5.2% from and after November 6, 2013.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff Thomas E. Alexander recover from Defendant Kevin W. Wessell treble damages in the sum of $1,574,355 arising out of Defendant Kevin W. Wessell's violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1964(c), along with post judgment interest at the rate of .82% from and after the date of entry of this amended judgment.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that under 18 U.S.C. § 1964(c), Plaintiff Thomas E. Alexander recover from Defendants Kevin W. Wessell, Casey Lawrence, and Matt Mitchell, his reasonable attorney's

fees incurred in the amount of $253,324.50, pursuant to Plaintiff's motion granted by the Court on December 9, 2013, and costs incurred in the amount of $11,302.06, pursuant to Plaintiff's Application to the Clerk to Tax Costs and Proposed Bill of Costs, granted on January 13, 2014.


DATED:     3/6/17

_____
Dale S. Fischer
United States District Judge

3